◈PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

Southern District of Ohio

UNITED STATES OF AMERICA

v.                                         } Crim. No. CR-1-01-29

Christopher Tunstall

On _____June 11, 2002_____ the above named was placed on probation/supervised release for a period of __three__ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

_/s/ Gregory C. Hutchins_
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __10th__ day of __January__, 20 __05__.

_/s/ Susan J. Dlott_
United States District Judge